UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Scott Wagner<br><br>    Plaintiff,<br><br>v.<br><br>GC Services, LP<br><br>    Defendant. | Case No. 13-cv-9163<br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


        RESPECTFULLY SUBMITTED,

        Lifetime Debt Solutions, LLC

        By:   /s/ Jeffrey S. Hyslip
            Jeffrey S. Hyslip
            Attorney for Plaintiff
            917 W. 18th Street
            Suite 200
            Chicago, IL 60608

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Todd P. Stelter, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Counsel for:
GC Services, LP

/s/ Jeffrey Hyslip